IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALTY SURFACES, d/b/a Sprinturf, HANK JULICHER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FOREVER GREEN ATHLETIC FIELDS, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C-05-0709 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 18, 2005;**<br><br>**ORDER DIRECTING PLAINTIFFS TO SERVE THIS ORDER ON ALL DEFENDANTS.** |

The Court is in receipt of Plaintiffs' letter requesting a continuance of the case management conference in this matter. Currently, the case management conference is scheduled for June 16, 2005. Plaintiffs request a continuance of the conference for 60 days. Defendant Marin Catholic High School was served with the Complaint on May 16, 2005, while defendant Forever Green Athletic Fields was only served on June 8, 2005. Given the need for the parties to meet and confer, to file a joint case management statement, and good cause appearing, the conference is hereby CONTINUED to **August 18, 2005** at 10:00 a.m. in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California. Plaintiffs shall serve this order on all defendants in this case.

**IT IS SO ORDERED.**

Dated: June 9, 2005　　　　　　　　　　　　　　　　　/s/ Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge