IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALTY SURFACES, d/b/a Sprinturf,<br><br>    Plaintiff,<br><br>v.<br><br>FOREVER GREEN ATHLETIC FIELDS, et al.,<br><br>    Defendants.<br>_____/ | No. C-05-0709 MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 20, 2005;**<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE THIS ORDER ON ALL DEFENDANTS.** |

    The Court is in receipt of Plaintiff's letter requesting a continuance of the case management conference in this matter. Currently, the case management conference is scheduled for August 18, 2005. Plaintiff requests a continuance of the conference for 60 days. Plaintiff filed its Amended Complaint on July 18, 2005. Defendants Marin Catholic High School and Forever Green Athletic Fields have not been served with the Amended Complaint. Therefore, good cause appearing, the conference is hereby CONTINUED to **October 20, 2005** at 10:00 a.m. in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall serve this order on all defendants in this case.

    **IT IS SO ORDERED.**

Dated: August 15, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge