Larry M. Kazanjian, State Bar No. 071441
Heather S. Candy, State Bar No. 205900
PALMER KAZANJIAN HOLDEN LLP
520 Capitol Mall, Suite 600
Sacramento, California 95814
(916) 442-3552 – Main
(916) 442-3606 – Facsimile

Attorneys for Plaintiff
SPECIALTY SURFACES INTERNATIONAL, INC.
dba SPRINTURF

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALTY SURFACES INTERNATIONAL, INC. d/b/a SPRINTURF, <br><br> Plaintiff, <br><br> v. <br><br> FOREVER GREEN ATHLETIC FIELDS, INC.; and MARIN CATHOLIC HIGH SCHOOL, <br><br> Defendants. | Case No.: C-05-0709 MEJ <br><br> SUBSTITUTION OF ATTORNEYS |

Plaintiff Specialty Surfaces International, Inc. d/b/a Sprinturf hereby substitutes Audrey A. Millemann and Pamela W. Bertani, **weintraub** genshlea chediak, 400 Capitol Mall, 11th Floor, Sacramento, California (916)558-6000, as attorneys of record in place of Larry M. Kazanjian and

{9999/AAM/AAM/831781.DOC;}     1.     SUBSTITUTION OF ATTORNEYS

1  Heather S. Candy, Palmer Kazanjian Holden LLP, 520 Capitol Mall, Suite 600, Sacramento,
2  California 95814.

3  Dated: October 12, 2005                    SPECIALTY SURFACES INTERNATIONAL, INC.
                                               D/B/A SPRINTURF
4

5                                              By: __/s/ Randi L. Rubin_____
                                                   Randi L. Rubin
6                                                  Its General Counsel

7
8  I consent to the above substitution.

9  Dated: October 12, 2005                    PALMER KAZANJIAN HOLDEN LLP

10
11                                             By: /s/ Larry M. Kazanjian_____
                                                   Larry M. Kazanjian, SBN 071441
12
13 I accept the above substitution.

14 Dated: October 12, 2005                    **weintraub** genshlea chediak
                                               law corporation
15

16                                             By: /s/ Audrey A. Millemann_____
                                                   Audrey A. Millemann, SBN 124954
17

18 Dated: October 12, 2005                    **weintraub** genshlea chediak
                                               law corporation
19

20                                             By: /s/ Pamela W. Bertani_____
                                                   Pamela W. Bertani, SBN 182672
21

22                                             **ORDER**

23       It is so ordered.

24

25  Dated: _____              _____
26                                             [GRANTED — Judge Susan Illston, United States District Court, Northern District of California]
27

28

{9999/AAM/AAM/831781.DOC;}              2.                          SUBSTITUTION OF ATTORNEYS

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of Sacramento, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 520 Capitol Mall, Suite 600, Sacramento, California 95814. I am readily familiar with this firm's practice for collection, affixing of postage and mailing by the firm with the United States Postal Service. On October 12, 2005, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**SUBSTITUTION OF ATTORNEYS**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Duane Geck | Scott Fields |
| Severson & Werson | National IP Rights Center, LLC |
| 1 Embarcadero Center, 25th Floor | 550 Township Line Road, Suite 400 |
| San Francisco, CA 94111 | Blue Bell, PA 19422 |

Keith Day
Forever Green Athletic Fields
1261 Hartel St.
Levittown, PA 19057

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 12, 2005 at Sacramento, California.

_____
Gloria Carnahan, Legal Assistant

PALMER
KAZANJIAN HOLDEN LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552