IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIALTY SURFACES INTERNATIONAL INC. ET AL, <br><br> Plaintiff, <br><br> v. <br><br> FOREVER GREEN ATHLETIC FIELDS, INC. ET AL, <br><br> Defendants. | No. C 05-00709 SI <br><br> **ORDER DENYING PLAINTIFF'S REQUEST FOR STAY OF FEBRUARY 6, 2006 ORDER AND CLOSING CASE** |

In an order filed February 6, 2006, and pursuant to a stipulation by the parties, the Court transferred venue to the Eastern District of Pennsylvania. The transfer was effective March 24, 2006. Plaintiff filed a letter dated March 14, 2006, seeking a stay of the transfer because, according to plaintiff, defendant Forever Green Athletic Fields, Inc. has not paid plaintiff's attorneys fees and costs as required by an earlier Court order.

Plaintiff's request for stay of transfer is DENIED, and this case is deemed transferred as of March 24, 2006. To the extent there are outstanding issues with regard to payment of fees and costs, plaintiff may pursue an appropriate remedy in the Eastern District of Pennsylvania. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 13, 2006

SUSAN ILLSTON

United States District Court
For the Northern District of California

1  United States District Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2